■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORDAN MARTINEZ, Appellant. [65 NYS3d 689]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Jill Konviser, J.), rendered July 5, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Friedman, Renwick, Kahn and Kern, JJ.

■ NOEMI RAMOS, Appellant, v 2510 WESTCHESTER AVENUE ASSOCIATES LLC et al., Respondents. [65 NYS3d 688]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Kenneth L. Thompson, Jr., J.), entered on or about November 1, 2016, and said appeal having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated September 13, 2017, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Tom, J.P., Friedman, Renwick, Kahn and Kern, JJ.

■ WELLS FARGO BANK, N.A., Respondent, v MOHAMED CISSE, Appellant, et al., Defendants. [65 NYS3d 689]—Order, Supreme Court, Bronx County (Betty Owen Stinson, J.), entered November 13, 2015, which, to the extent appealed from, granted plaintiff's motion for an order of reference and a default judgment against defendant Cisse, unanimously affirmed, without costs.

It is unnecessary to consider whether defendant demonstrated a meritorious defense to this foreclosure action, because he failed to demonstrate a reasonable excuse, or indeed any excuse, for his failure to answer the complaint or otherwise timely appear in this action, which was commenced in 2009 (see Mutual Mar. Off., Inc. v Joy Constr. Corp., 39 AD3d 417, 419 [1st Dept 2007]; see also Wells Fargo Bank, N.A. v Mazzara, 124 AD3d 875 [2d Dept 2015]). Concur—Tom, J.P., Friedman, Renwick, Kahn and Kern, JJ.